IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-cv-1134-RM-KLM

EIGHTH DISTRICT ELECTRICAL PENSION FUND, *et al.*,

    Plaintiffs,

v.

ENTERPRISE ELECTRIC, INC.,
d/b/a ENTERPRISE ELECTRIC; and
CLINTON TATE a/k/a CLINT TATE,

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all Plaintiffs in this matter, Eighth District Electrical Pension Fund; Eighth District Electrical Pension Annuity Fund; Eighth District Electrical Benefit Fund; James Mantele, as Chairman of the Delinquency Committee for the Eighth District Electrical Pension Fund, Eighth District Electrical Pension Annuity Fund and Eighth District Electrical Benefit Fund; Southwestern Idaho Electrical Joint Apprenticeship and Training Trust Fund; National Electrical Benefit Fund; Idaho Chapter, NECA; National Labor-Management Cooperation Fund; Local Labor-Management Cooperation Fund; and International Brotherhood of Electrical Workers Local Union No. 291; and both Defendants, Enterprise Electric, Inc. d/b/a Enterprise Electric and Clinton Tate a/k/a Clint Tate, hereby stipulate that all claims are to be dismissed, with prejudice.  Each party will bear its own costs and attorney's fees.

Respectfully submitted,

**SPENCER FANE LLP**

*s/Michael J. Belo*
Michael J. Belo
1700 Lincoln Street
Suite 2000
Denver, Colorado 80203
Telephone:   (303) 592-8313
Facsimile:   (303) 839-3838
mbelo@spencerfane.com

**BLAKE & UHLIG**

*s/Eric C. Beckemeier*
Eric C. Beckemeier
475 New Brotherhood Building
753 State Avenue
Kansas City, Kansas 66101
Telephone:   (913) 321-8884
Facsimile:   (913) 321-2396
ECB@blake-uhlig.com

*Attorneys for Plaintiffs*

And

*Defendant Clint Tate*


*s/Noah G. Hillen*
Noah G. Hillen
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com
*Chapter 7 Bankruptcy Trustee,*

Page 2 of 2

DN 3426643.1